77 A.3d 1116

**STATE of Maryland**

v.

**Harold Albert NORTON, Jr.**

**No. 101, Sept. Term, 2013.**

Court of Appeals of Maryland.

Oct. 21, 2013.

Gary E. O'Connor, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore, MD), for petitioner.

Bradford C. Peabody, Asst. Public Defender (Paul B. De-Wolfe, Public Defender of Maryland, Baltimore, MD), for respondent.

Submitted before BARBERA, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, McDONALD, WATTS, JJ.

PER CURIAM ORDER.

The Court having considered and granted the petition for writ of certiorari in the above entitled case, it is this 21st day of October, 2013

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case is remanded to that Court for further reconsideration in light of *Derr v. State,* 434 Md. 88, 73 A.3d 254 (2013) and *Williams v. Illinois,* —— U.S. ——, 132 S.Ct. 2221, 183 L.Ed.2d 89 (2012). Costs in this Court to be paid by the Respondent and costs in the Court of Special Appeals to abide the result.